United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JILL A. OTT f/k/a JILL A. SODDERS, <br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP, INC.; KRISTY GABRIELOVA SLEDGE; BRIAN EDWARD STALEY; KATHARINE BANKS ALLEN; MICHAEL JAMES YOUNG; CHASE PIERICK HAGUE; PETER S. NEWMAN; JUAN CARLOS GOENAGA; DAVID E. CAVINESS; AND JOHN AND JANE DOES 1-100, <br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. H-22-1532 |

## ORDER

Pursuant to the Stipulation of Dismissal filed on June 14, 2023, the above referenced case is hereby dismissed with prejudice as to Defendants. MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP, INC.; KRISTY GABRIELOVA SLEDGE; BRIAN EDWARD STALEY; KATHARINE BANKS ALLEN; MICHAEL JAMES YOUNG; CHASE PIERICK HAGUE; PETER S. NEWMAN; JUAN CARLOS GOENAGA; DAVID E. CAVINESS; AND JOHN

AND JANE DOES 1-100, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __16__ day of June 16, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge